Gail S. BAZZANO, Plaintiff–Appellee,

v.

Adam LEWENBERG, M.D., PLLC, Defendant–Appellant,

and

Dr. Adam Lewenberg, Sanctioned Party–Appellant.

Nos. 01–1234, 01–1261, 01–1262.

United States Court of Appeals, Federal Circuit.

Oct. 15, 2002.

*ORDER*

The court has received no objections to the order of September 11, 2002, and Adam Lewenberg has failed to file his entry of appearance pursuant to the order of May 7, 2001.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) These appeals are dismissed.

(2) Each side shall bear its own costs.

Maxine EDWARDS, Trustee ex rel Edwards Family Trust, Plaintiff–Appellee,

v.

Donald W. LEMMONS, Environmental Fuel Development Corporation, Northwest Environmental Fuel, LLC, and Richard W. Scheu, Defendants–Appellants.

No. 02–1486.

United States Court of Appeals, Federal Circuit.

Oct. 16, 2002.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).